**No. 21-30382**

United States Court of Appeals for the Fifth Circuit

**MICHAEL ASHFORD**
*Plaintiff-Appellant*

**AEROFRAME SERVICES, LLC**
*Defendant-Appellant*

**ROGER A. PORTER**
*Third Party Defendant-Appellant*

*v.*

**AVIATION TECHNICAL SERVICES, INC.**
*Defendant-Appellee*

On Appeal from the United States District Court
for the Western District of Louisiana
Civil Action No. 2:19-cv-00610

**UNOPPOSED MOTION TO STAY BRIEFING DEADLINES**

**R. Patrick Vance (LA #13008)**
**Virginia W. Gundlach (LA #18493)**
**Brett S. Venn (LA # 32954)**
**Jones Walker LLP**
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8194
Facsimile: (504) 589-8194
Email: pvance@joneswalker.com
  ggundlach@joneswalker.com
  bvenn@joneswalker.com

**Samuel B. Gabb (LA # 22378)**
Plauché, Smith & Nieset, LLC
PO Drawer 1705
Lake Charles, Louisiana 70602
Telephone: 337-436-0522
Facsimile: 337-436-9637
Email: sgabb@psnlaw.com
Attorneys for Appellee, Aviation Technical Services, Inc.

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27.4, Defendant-Appellee, Aviation Technical Services, Inc. ("ATS"), respectfully moves the Court to stay all briefing deadlines in this matter pending this Court's disposition of ATS's pending Motion to Dismiss for Lack of Jurisdiction, filed August 2, 2021. The granting of the stay requested herein will allow for the conservation of time and resources of the parties and this Court, and the fair administration of justice.

Accordingly, ATS prays that the Court grant the instant motion and issue an order staying all briefing deadlines in this matter pending this Court's disposition of ATS's pending Motion to Dismiss for Lack of Jurisdiction.

Dated:  September 10, 2021     Respectfully submitted,

/s/ Brett S. Venn
**R. PATRICK VANCE (LA #13008)**
**VIRGINIA W. GUNDLACH (LA #18493)**
**BRETT S. VENN (LA # 32954)**
**Jones Walker LLP**
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone:  (504) 582-8194
Facsimile:  (504) 589-8194
Email: pvance@joneswalker.com
         ggundlach@joneswalker.com
         bvenn@joneswalker.com

**SAMUEL B. GABB (LA # 22378)**
Plauché, Smith & Nieset, LLC
PO Drawer 1705
Lake Charles, Louisiana 70602
Telephone: 337-436-0522
Facsimile: 337-436-9637
Email: sgabb@psnlaw.com

***Attorneys for Defendant-Appellee Aviation Technical Services, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that service will be made upon the parties listed below by the CM/ECF system or by electronic mail.

Dated: September 10, 2021　　Respectfully submitted,

*/s/ Brett S. Venn*
**R. PATRICK VANCE (LA #13008)**
**VIRGINIA W. GUNDLACH (LA #18493)**
**BRETT S. VENN (LA # 32954)**
**Jones Walker LLP**
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8194
Facsimile: (504) 589-8194
Email: pvance@joneswalker.com
　　　ggundlach@joneswalker.com
　　　bvenn@joneswalker.com

**SAMUEL B. GABB (LA # 22378)**
Plauché, Smith & Nieset, LLC
PO Drawer 1705
Lake Charles, Louisiana 70602
Telephone: 337-436-0522
Facsimile: 337-436-9637
Email: sgabb@psnlaw.com

***Attorneys for Defendant-Appellee Aviation Technical Services, Inc.***

**STATEMENT PURSUANT TO FIFTH CIRCUIT RULE 27.4:**

Counsel for Defendant-Appellee, Aviation Technical Services, Inc. has contacted counsel for each of the Appellants regarding this motion. Counsel for Appellants have indicated that their respective clients do not oppose this motion.

Dated: September 10, 2021.    Respectfully submitted,

/s/ Brett S. Venn
**R. PATRICK VANCE (LA #13008)**
**VIRGINIA W. GUNDLACH (LA #18493)**
**BRETT S. VENN (LA # 32954)**
**Jones Walker LLP**
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8194
Facsimile: (504) 589-8194
Email: pvance@joneswalker.com
         ggundlach@joneswalker.com
         bvenn@joneswalker.com

**SAMUEL B. GABB (LA # 22378)**
Plauché, Smith & Nieset, LLC
PO Drawer 1705
Lake Charles, Louisiana 70602
Telephone: 337-436-0522
Facsimile: 337-436-9637
Email: sgabb@psnlaw.com

*Attorneys for Defendant-Appellee Aviation Technical Services, Inc.*

# **CERTIFICATE OF COMPLIANCE**

1. This Motion to Stay Briefing Deadlines contains 113 words, in compliance with Fed. R. App. P. 27(d)(2)(A).

2. This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14 pt. Times New Roman font.

September 10, 2021                         Respectfully Submitted

*/s/ Brett S. Venn*
Brett S. Venn
***Attorney for Defendant-Appellee,
Aviation Technical Services, Inc.***

No. 21-30382

United States Court of Appeals for the Fifth Circuit

**MICHAEL ASHFORD**
*Plaintiff-Appellant*

**AEROFRAME SERVICES, LLC**
*Defendant-Appellant*

**ROGER A. PORTER**
*Third Party Defendant-Appellant*

*v.*

**AVIATION TECHNICAL SERVICES, INC.**
*Defendant-Appellee*

On Appeal from the United States District Court
for the Eastern District of Louisiana
The Honorable Judge Martin L.C. Feldman
Civil Action No. 2:20-cv-2323

**ORDER**

IT IS ORDERED that Defendant-Appellee's unopposed motion to stay proceedings is GRANTED, and that the all briefing deadlines in the captioned matter are stayed pending this Court's disposition of ATS's pending Motion to Dismiss for Lack of Jurisdiction, filed August 2, 2021.

_____
United States Circuit Judge/Clerk

Case: 21-30382 Document: 57 Page: 8 Date Filed: 09/10/2021